Karen L. Bashor
Nevada Bar No. 11913
I-Che Lai
Nevada Bar No. 12247
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
karen.bashor@wilsonelser.com
i-che.lai@wilsonelser.com
*Attorneys for Defendant Three Deserts of Nevada, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH REYNOLDS., an individual, <br><br>Plaintiff,<br><br>vs.<br><br>THREE DESERTS OF NEVADA, LLC, a Nevada limited liability company; and DOES I through V; and ROE CORPORATIONS I through V,<br><br>Defendants. | Case No.     2:22-cv-01034-GMN-VCF |

**STIPULATION AND ORDER TO EXTEND**
**SCHEDULING ORDER DEADLINES [ECF NO. 14]**
**(First Request to Extend Scheduling Order Deadlines**)

Pursuant to Local Rules IA 6-1, IA 6-2, 7-1, 26-1, and 26-3, plaintiff Deborah Reynolds and defendant Three Deserts of Nevada, LLC hereby stipulate and agree to an approximately 60-day extension of the deadlines set forth in the Scheduling Order (ECF No. 14). This is the first stipulation extend such deadlines. The extension is necessary to accommodate the parties' on-going settlement discussions and, if settlement is not possible, the scheduling conflicts presented by the year-end holidays.

. . .

1

278458553v.1

**A.    Discovery Completed to Date**

The parties held the Rule 26(f) conference on July 11, 2022, and submitted the stipulated discovery plan and proposed scheduling order on July 29, 2022. (ECF No. 12.) This Court approved the discovery plan on August 2, 2022. (ECF No. 14.) Since then, the parties engaged in the following discovery:

1. Plaintiff's service of her Fed. R. Civ. P. 26(a)(1) disclosure;
2. Defendant's service of its Fed. R. Civ. P. 26(a)(1) disclosure;
3. Plaintiff's service of her first set of interrogatories to Defendant;
4. Plaintiff's service of her first set of requests for production to Defendant;
5. Defendant's service of its responses to plaintiff's first set of interrogatories; and
6. Defendant's service of its responses to plaintiff's first set of requests for production.

**B.    DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties expect that they may need to conduct some or all of the following discovery if they are unable to reach a mutually agreeable settlement:

1. defendant's written discovery requests to plaintiff;
2. possible follow-up written discovery;
3. inspection of the accident scene;
4. the parties' service of expert disclosures;
5. documents subpoena to third-parties; and
6. deposition of parties, third-parties, and experts.

. . .

. . .

. . .

2

278458553v.1

## C. REASONS WHY THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS

The extension is necessary to accommodate the parties' on-going settlement discussions and, if settlement is not possible, the year-end holidays. The parties are currently exploring settlement and attempting to minimize litigation costs during that process. If settlement does not occur, the parties will need additional time to complete discovery. The parties also expect the year-end holidays to disrupt settlement negotiations and discovery efforts. The current deadlines do not allow the parties to adequately address these issues. Therefore, the requested extension of the deadlines is warranted.

## D. PROPOSED DISCOVERY SCHEDULE

Pursuant to LR 26-4, the parties propose to extend the following deadlines by about 60 days:

|  | **Original Deadline** | **Proposed Extended Deadline** |
| --- | --- | --- |
| Discovery Cut-Off Date | March 13, 2023 | May 15, 2023 |
| Amending Pleadings or Adding Parties | December 13, 2022 | unchanged |
| Rule 26(a)(2) Initial Disclosures | January 13, 2023 | March 16, 2023 |
| Rule 26(a)(2) Rebuttal Disclosures | February 13, 2023, or 30 days after the initial disclosure of experts | April 14, 2023, or 30 days after the initial disclosure of experts |
| Dispositive Motions | April 12, 2023 | June 14, 2023 |
| Pre-Trial Order | May 12, 2023 | July 14, 2023, or 30 days after the decision on any dispositive motions (whichever is later) |

3

278458553v.1

Dated: December 20, 2022

ALDRICH LAW FIRM, LTD.

*/s/Catherine Hernandez*
John P. Aldrich
Nevada Bar No. 6877
Catherine Hernandez
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*
*Deborah Reynolds*

Dated: December 20, 2022

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/I-Che Lai*
Karen L. Bashor
Nevada Bar No. 11913
I-Che Lai
Nevada Bar No. 12247
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant*
*Three Deserts of Nevada, LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 12-20-2022

4

278458553v.1