1  Karen L. Bashor
   Nevada Bar No. 11913
2  I-Che Lai
   Nevada Bar No. 12247
3  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   6689 Las Vegas Blvd. South, Suite 200
4  Las Vegas, NV 89119
   Telephone: (702) 727-1400
5  Facsimile:  (702) 727-1401
   karen.bashor@wilsonelser.com
6  i-che.lai@wilsonelser.com
   *Attorneys for Defendant Three Deserts of Nevada, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH REYNOLDS., an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>THREE DESERTS OF NEVADA, LLC, a Nevada limited liability company; and DOES I through V; and ROE CORPORATIONS I through V,<br><br>   Defendants. | Case No.   2:22-cv-01034-GMN-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Deborah Reynolds and Defendant Three Deserts of Nevada, LLC hereby stipulate and agree to the dismissal of Plaintiff's claims in the above-captioned action against Defendant, with prejudice, with each party to bear their own attorney's fees, costs, and interest.

. . .

. . .

. . .

. . .

. . .

1

282812005v.1

| | |
|---|---|
| Dated: May 8, 2023 | Dated: May 8, 2023 |
| ALDRICH LAW FIRM, LTD. | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| */s/Catherine Hernandez* | */s/I-Che Lai* |
| John P. Aldrich | Karen L. Bashor |
| Nevada Bar No. 6877 | Nevada Bar No. 11913 |
| Catherine Hernandez | I-Che Lai |
| Nevada Bar No. 8410 | Nevada Bar No. 12247 |
| 7866 West Sahara Avenue | 6689 Las Vegas Blvd. South, Suite 200 |
| Las Vegas, Nevada 89117 | Las Vegas, NV 89119 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Deborah Reynolds* | *Three Deserts of Nevada, LLC* |

**IT IS SO ORDERED.** The Clerk of Court is instructed to close the case.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 9, 2023

2

282812005v.1